# Exhibits A-D to the Complaint