**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROTOLIGHT LIMITED | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 4-23-cv-00508-ALM |
| APUTURE IMAGING INDUSTRIES CO., LTD. | § | **JURY TRIAL DEMANDED** |
|     Defendants. | § | |

**ORDER**

In light of the Joint Motion to Dismiss with Prejudice filed by Plaintiff Rotolight Ltd. and Defendant Aputure Imaging Industries Co., Ltd. under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being of the opinion that the requested relief should be **GRANTED**, it is hereby

    **ORDERED** that all claims in this action are dismissed with prejudice.

    **IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

  **SIGNED** this 8th day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE